# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 552 EAL 2017

         Respondent               :

                                       :    Petition for Allowance of Appeal from

                                       :    the Order of the Superior Court

         v.                         :

                                       :

TIA JORDAN-MAJOR,               :

                                       :

         Petitioner             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.